[Nos. 25935-8-III; 26039-9-III. Division Three. June 19, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. VALENTIN SANDOVAL, *Appellant.*

*In the Matter of Personal Restraint of* VALENTIN SANDOVAL, *Petitioner.*

Appeal from a judgment of the Superior Court for Grant County, No. 06-1-00500-0, Evan E. Sperline, J., entered January 23, 2007, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Brown, J., concurred in by Sweeney and Korsmo, JJ.

[No. 26281-2-III. Division Three. June 19, 2008.]

JOSEPH ISOM ET AL., *Respondents*, v. STEPHEN CLARK ET AL., *Appellants.*

Appeal from a judgment of the Superior Court for Klickitat County, No. 04-2-00319-4, E. Thompson Reynolds, J., entered May 22, 2007. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kulik, A.C.J., and Korsmo, J.

[No. 26439-4-III. Division Three. June 19, 2008.]

GRAYDON E. ROBINSON, *Appellant*, v. THE DEPARTMENT OF AGRICULTURE, *Respondent.*

Appeal from a judgment of the Superior Court for Yakima County, No. 04-2-03063-2, James P. Hutton, J., entered August 7, 2007. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Korsmo, J., and Thompson, J. Pro Tem.